IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MICHAEL MACMILLER                                              PLAINTIFF

V.                                                             CIVIL LITIGATION NO.
                                                               2:07-CV–00070-WAP-SAA

THE KROGER CORPORATION

## ORDER

Plaintiff MacMillier has filed two similar motions with the court [docket numbers 36 and 43] seeking an order compelling production of a surveillance videotape from defendant Kroger Corporation and to extend the discovery deadline. Defendant produced the surveillance videotape to plaintiff, through his former attorney, on March 17, 2008. The surveillance video has been produced, therefore there is no reason to extend the discovery deadline. Accordingly, it is

ORDERED

That plaintiff's motion to compel production of the videotape is **moot**. Plaintiff's motion to extend the discovery deadline is **denied.**

THIS the 25th day of June 2008.

__/s/ S. ALLAN ALEXANDER____
S. ALLAN ALEXANDER
U.S. MAGISTRATE JUDGE